# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1908. WILLIE G. DAVIS JR. v. YVETTE A. DAVIS.

Following her divorce from Willie G. Davis, Jr., Yvette A. Davis filed the underlying motion for contempt against her former spouse, asserting that he had willfully failed to comply with certain provisions of the divorce decree related to the division of real and personal property. Following a hearing, the trial court found Willie in contempt and entered an order requiring him to comply with the divorce decree and awarding Yvette attorney fees under OCGA § 19-6-2. Willie then filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" of such orders must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2), (b). See *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted).

Consequently, Willie's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __06/25/2025__

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*